SEALED

Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10254-NMG |
| ) | |
| JOSEPH ZAMPANTI, JR. ) | |

## WAIVER OF INDICTMENT

I, **JOSEPH ZAMPANTI, JR.**, the above-named defendant, who is accused of operating an illegal gambling business from January 1998 and continuously thereafter up to and including March 2001, and money laundering conspiracy from January 2000 through in or about the end of March 2000, in violation of 18 U.S.C. §§1955 and 1956, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on

_____12/3/04_____ prosecution by indictment and consent that
        *(Date)*
the proceeding may be by information instead of by indictment.

_____
JOSEPH ZAMPANTI, JR., Defendant

_____
Counsel for the Defendant
ZAMPANTI

Before: _____
        Judicial Officer, USDJ

        12/3/04

DOCKET