United States District Court
District of Massachusetts

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. |
| v. ) | 04-10254-NMG |
| ) | |
| JOSEPH ZAMPANTI, ) | |
| ) | |
| Defendant. ) | |

ORDER

GORTON, J.

Now pending before the Court is a motion by the Globe Newspaper Company, Inc. ("the Globe") to unseal the docket and case file in this action. Having considered the Globe's memorandum and the response thereto, the Court is persuaded that the case should be unsealed but that several documents should remain sealed in accordance with the government's request. Accordingly, the Clerk of this Court shall unseal this case and all documents on the docket other than those listed in the response filed on August 3, 2005 (Docket No. 20).

So ordered.

　　　　　　　　　　　　　　　　　／s／ Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　United States District Judge

Dated August 4, 2005