AO 245B    Judgment in a Criminal Case - D. Massachusetts
          Statement of Reasons - Sheet 1

# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JOSEPH ZAMPANTI, JR. | STATEMENT OF REASONS<br><br>Case Number: 1: 04-CR-10254-001-NMG<br>John M. Moscardelli, Esq.,<br>Defendant's Attorney |

[x] The court adopts the factual findings and guideline application in the presentence report.

**OR**

[ ] The court adopts the factual findings and guideline application in the presentence report, except (see attachment, if necessary):

[ ] See Continuation Page

**Guideline Range Determined by the Court:**

| | | | | |
|---|---|---|---|---|
| Total Offense Level: | 13 | | | |
| Criminal History Category: | II | | | |
| Imprisonment Range: | 15 | to | 21 | months |
| Supervised Release Range: | 2 | to | 3 | years |
| Fine Range: | $ $3,000.00 | to | $ $700,000.00 | |

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 00-00-50
Defendant's USM No.: none
Defendant's Residence Address:
200 Wilson Road
Nahant, MA 01908

08/11/05
Date of Imposition of Judgment

*/s/ Nathaniel M. Gorton*
Signature of Judicial Officer

The Honorable Nathaniel M. Gorton
U.S. District Court Judge
Name and Title of Judicial Officer

8/17/05
Date

Defendant's Mailing Address:
same as above

AO 245B   Judgment in a Criminal Case - D. Massachusetts
            Statement of Reasons - Sheet 3

Statement of Reasons - Page 2 of 2

DEFENDANT: JOSEPH ZAMPANTI, JR.
CASE NUMBER: 1: 04-CR-10254-001-NMG

## STATEMENT OF REASONS

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

### OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

### OR

☒ The sentence departs from the guideline range:

    ☒ upon motion of the government, as a result of a defendant's substantial assistance, or

    ☐ for the following specific reason(s):

☐ See Continuation Page