```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
                               )
          v.                   )  Criminal No. 04-10254-NMG
                               )
JOSEPH ZAMPANTI, JR.           )
```

### GOVERNMENT'S MOTION TO UNSEAL

On May 3, 2005, the government filed a response to the Globe Newspaper's motion for public access to all proceedings, filings, and the docket in this case. The government stated in its response that while it did not object to the unsealing of the case number, the defendant's name, and the criminal information, it believed that the Court should continue to keep the plea and cooperation agreement between the defendant, Joseph Zampanti, Jr., and the United States Attorney under seal until the later of two events: the Court sentenced the defendant, but not to a term of imprisonment, or the defendant completed any term of imprisonment to which he was sentenced in this case. On August 3, 2005, a joint response to this Court's July 8, 2005, procedural order was filed detailing which documents should remain under seal.

This case had been sealed because of the government's concern that Zampanti's life might be endangered and the government's ongoing investigation prejudiced. Since the defendant was not sentenced to a term of imprisonment and the

1

investigation has now concluded, the government respectfully requests that this Court unseal this criminal case <u>with the exception of document numbered 22 and the related docket entry</u>.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                  By:  <u>/s/ Ernest S. DiNisco</u>
                         HEIDI E. BRIEGER
                         ERNEST S. DiNISCO
                         Assistant U.S. Attorneys

                    <u>CERTIFICATE OF SERVICE</u>

Suffolk ss.                Boston, Massachusetts

    This is to certify that I have mailed on<u> 1st </u>November 2005, in a postage pre-paid envelope, the forgoing motion to counsel for the defendant James H. Budreau, Esq.

                  By:  <u>/s/ Ernest S. DiNisco</u>
                         ERNEST S. DiNISCO
                         Assistant U.S. Attorney