```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          v.                   )   Criminal No. 04-10254-NMG
                               )
JOSEPH ZAMPANTI, JR.,          )
                               )
          Defendant.           )
```

**MOTION TO CORRECT JUDGMENT**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves, pursuant to Fed. R. Crim. P. 36[1], for an Order correcting the Judgment in a Criminal Case entered in the above-captioned matter to reflect the Court's entry of an order of forfeiture regarding certain assets.

As grounds therefor, the government states that on August 11, 2005, this Court entered a Final Order of Forfeiture in the instant criminal case, ordering the forfeiture of $99,633 in United States Currency and a 1997 Chevrolet Blazer, Vehicle Identification Number 1GNDTI3WOV2163569, pursuant to 18 U.S.C. § 982. Sentence was imposed on the defendant on August 11, 2005. The Judgment subsequently issued by the Court does not address the forfeiture which was previously ordered by the Court.

---

[1] "After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P. 36.

Fed. R. Crim. P. 32.2, which governs forfeiture, provides in pertinent part that:

> If the court finds that property is subject to forfeiture, it must promptly enter a preliminary order of forfeiture setting forth the amount of any money judgment or directing the forfeiture of a specific property without regard to any third party's interest in all or part of it.

Fed. R. Crim. P. 32.2(b)(2). Rule 32.2 further provides that:

> At sentencing ... the order of forfeiture becomes final as to the defendant and must be made part of the sentence and be included in the judgment.

Fed. R. Crim. P. 32.2(b)(3). This Court's August 11, 2005 Order was final as to the defendant's interests in the forfeited assets and should be made part of the Judgment in a Criminal Case, pursuant to Rule 32.2.

WHEREFORE, the United States moves that the Judgment be amended to include this Court's order of forfeiture for the above-described assets.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By: /s/ Kristina E. Barclay
ERNEST S. DINISCO
KRISTINA E. BARCLAY
Assistant U.S. Attorneys
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Dated: November 17, 2005

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing Motion to Correct Judgment, by first class mail, postage prepaid, upon John M. Moscardelli, Esquire, Peters & Moscardelli, Eight Winter Street, Suite 12, Boston, Massachusetts 02108, as counsel for Defendant Joseph Zampanti, Jr.

                                                   /s/ Kristina E. Barclay
                                                     Kristina E. Barclay
                                                 Assistant U.S. Attorney

Dated: November 17, 2005