UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10254-NMG |
| JOSEPH ZAMPANTI, JR. | ) ) ) ) | |

### **DEFENDANT'S MOTION TO TERMINATE PROBATION**

Defendant moves pursuant to Federal Rule of Criminal Procedure 18 sec. 3564(c) that his probation imposed upon conviction of the above-captioned indictment be terminated. On August 11, 2005, the defendant was sentenced by this Court to a term of three years supervised probation with an initial six months home detention with electronic monitoring, along with monetary assessment and fines. The defendant's probation is supervised from the Federal Probation Department in Ft. Lauderdale, Florida, where the defendant resides.

In the 15 months since being placed on probation, the defendant has, not surprisingly, complied with all of the conditions attached thereto. In fact, it was defendant's probation officer in Florida who made the defendant aware of the federal statute authorizing a court to order early termination of probation. On November 22, 2006, at approximately 3:00 p.m., defendant's counsel spoke via telephone with U.S. Probation Officer Anthony Gagliardi in Ft. Lauderdale. Mr. Gagliardi, a probation officer for the past 21 years, advised counsel that the defendant has complied with all conditions, and that he, Gagliardi, saw no reason for any further supervision of Mr. Zampanti. Defendant's probation officer has made monthly visits to the defendant's residence for the past 10 months and has routinely granted the defendant permission on various

occasions to return to Boston to visit family members. Meanwhile, throughout this period of time, defendant has remained active supporting himself in the residential real estate and mortgage placement business.

Wherefore, defendant requests this Court to terminate his probation.

**Defendant requests a hearing on this motion**

Respectfully submitted,
The Defendant Joseph Zampanti, Jr.
By his Attorney:

 /s./ John M. Moscardelli
JOHN M. MOSCARDELLI, BBO #357340
Peters & Moscardelli
Eight Winter Street, 12th Floor
Boston, MA  02108
Tel. 617-423-6222

DATED:  December 5, 2006

Certificate of Service

Counsel certifies he has served Assistant United States Attorney Ernest Denisco today with a true copy of this motion through the CM/ECF of this District and that no party requires service by other means.

 /s./ John M. Moscardelli
John M. Moscardelli, Esq.